**Order entered September 15, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00772-CR
No. 05-20-00773-CR

**EVERETT GRAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-71448-I & F15-55801-I**

**ORDER**

After the Texas Court of Criminal Appeals granted Everett Gray out of time appeals in the above cases, he filed timely notices of appeal.

We **ORDER** the trial court to conduct a hearing to determine whether appellant is entitled to court-appointed counsel in these appeals. If the trial court finds that appellant is entitled to court-appointed counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeals. If the trial court finds that appellant is not entitled to court-appointed counsel, the trial court shall

determine whether appellant will retain counsel to represent him in the appeals and, if so, the name, State Bar number, and contact information for retained counsel.

The clerk's records were filed on September 11, 2020. In cause number F15-71448-I, the certification of appellant's right to appeal does not have any boxes checked; in cause number F15-55801-I, the certification states appellant waived his right to appeal despite his plea agreement stating it was an open plea. We **ORDER** the trial court to file completed certifications of appellant's right to appeal in each case.

We **ORDER** the trial court to transmit any record of the hearing on counsel, including findings of fact, any orders, and any supporting documentation, to this Court within **THIRTY DAYS** of the date of this order.

We **ORDER** District Clerk Felicia Pitre to file supplemental clerk's records containing the appointment of counsel and the certifications of appellant's right to appeal to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Nancy Kennedy, Presiding Judge, Criminal District Court No. 2; to Everett Gray, TDCJ# 02091901, Smith Unit, 1313 CR 19, Lamesa, TX 79331; and to the Dallas County District Attorney's Office.

We **ABATE** the appeals to allow the trial court to comply with the order. The appeals will be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE